■ In the Matter of ALVIN GELLER, a Disbarred Attorney. [699 NYS2d 667] —Petition granted to the extent of referring this matter to a Referee to conduct a hearing and file a report, as indicated. No opinion. Concur—Ellerin, P. J., Sullivan, Rosenberger, Tom and Rubin, JJ.

■ In the Matter of SONYA LATIMORE (Admitted as SONYA WHITTEN LATIMORE), a Suspended Attorney. [693 NYS2d 434] —Motion for reargument or leave to appeal to the Court of Appeals from this Court's prior order of suspension denied, the interim stay granted by a Justice of this Court on February 11, 1999 vacated, and respondent's suspension from the practice of law in the State of New York for a period of one year is effective the date hereof, and until the further order of this Court. No opinion. Concur—Sullivan, J. P., Lerner, Mazzarelli, Andrias and Saxe, JJ.

■ In the Matter of MITCHEL B. NERENBERG (Admitted as MITCHEL BRUCE NERENBERG), a Resigned Attorney. [693 NYS2d 435] —Motion for reinstatement granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, and his name restored to the roll of attorneys and counselors-at-law in the State of New York, all effective the date hereof. No opinion. Concur—Ellerin, P. J., Rosenberger, Wallach, Lerner and Rubin, JJ.